**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, VELVET HAZARD, KRISTY SERMERSHEIM, LUISA BLUE, and ELSA CABALLERO,<br><br>    Respondents. | No. MISC 08-80119 SBA<br><br>**ORDER** |

    This action is referred to Chief Magistrate Judge James Larson for assignment to a Magistrate Judge for resolution of current and future discovery related matters pursuant to Civil Local Rule 72-1. A current discovery issue is National Labor Relations Board's Application for Order Requiring Obedience to Subpoena Duces Tecum and Subpoenas Ad Testificandum [Docket No. 1].

    IT IS SO ORDERED.

6/10/08

                                                    Saundra Brown Armstrong
                                                    United States District Judge