

**United States Government**
**NATIONAL LABOR RELATIONS BOARD**
**Region 32**
1301 Clay Street, Room 300N
Oakland, CA 94612-5211

Telephone (510) 637-3291
Fax (510) 637-3315

June 30, 2008

Honorable Sandra B. Armstrong
United States District Court
Northern District of California
1301 Clay Street, Courtroom 3, 3rd Floor
Oakland, CA 94612

RE:    Case No. MISC 08-80119 SBA
       National Labor Relations Board v. Service Employees Int'l. Union, Local 521,
       Velvet Hazard, Kristy Sermersheim, Luisa Blue, and Elsa Caballero

Dear Honorable Judge Armstrong:

Pursuant to the telephonic instructions to me from Law Clerk David Mehretu this afternoon, I am filing this letter with the Court regarding my inquiry as to the status of my Agency's pending request that an Order to Show Cause be issued in the above-captioned case pursuant to our Application for Order Requiring Obedience to Subpoena Duces Tecum and Subpoenas Ad Testificandum (Application) filed on May 30, 2008. My conversation with Mr. Mehretu arose out of earlier conversations that I had with clerks Jessie Mosley and Ivy Garcia (covering Lisa Clark's desk), who advised me that our case had been transferred for discovery to a magistrate judge, and they did not understand that there was no underlying, related civil lawsuit pending before the Court.

However, this is not an appropriate case for discovery, given that the whole point of this proceeding is to obtain enforcement of the Agency's subpoenas so that the Agency can pursue its own administrative investigation. As explained in the Application, we are a federal administrative agency that investigates unfair labor practices, among other things. In the process of our investigations, if a party fails to cooperate with duly-issued investigative subpoenas, as is the case here, the judicial procedure for securing compliance with such subpoenas is for us to file an Application with the Court seeking an Order requiring obedience to those subpoenas. As part of our filing, we also submit a Proposed Order to Show Cause, which sets forth a briefing schedule and hearing date for the matter to be heard. Please note that we also emailed the Proposed Order to Show Cause in Word format on May 30, 2008, the same day we filed the Application and Proposed Orders; if need be we can resend it to you or your staff.

Honorable Sandra B. Armstrong
June 30, 2008
Page 2

　　　In summary, we respectfully request that the Court issue an Order to Show Cause setting a briefing schedule and hearing date on these matters. Should you or your staff have any questions, I can be reached at my office at 510-637-3291 or on my cell at 510-325-5483. Thank you in advance for your consideration.

Respectfully,

Michelle M. Smith
Attorney for Petitioner