WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
MICHELLE M. SMITH (California Bar No. 191672)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3291
Fax: 510-637-3315
E-mail: Michelle.Smith@nlrb.gov

Attorneys for the Applicant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, VELVET HAZARD, KRISTY SERMERSHEIM, LUISA BLUE, AND ELSA CABALLERO<br><br>Respondents. | Case No.: MISC 08-80119 SBA<br><br><br>REQUEST FOR REVISED ORDER TO SHOW CAUSE |

On May 30, 2008, Applicant filed an Application for Order Requiring Obedience to Subpoenas Duces Tecum and Ad Testificandum (Application), based on Respondents' failure to cooperate with duly-issued investigative subpoenas issued by Applicant in the course of its administrative investigation of unfair labor practices filed against Respondents. On July 2, 2008, the Honorable Sandra B. Armstrong issued an Order to Show Cause in that proceeding setting

1  forth a briefing schedule and hearing date of July 31, 2008. A copy of that Order is attached
2  hereto as <u>Exhibit A</u>. Per that Order, Applicant was to have served copies on Respondents.
3  However, today, July 21, 2008, the undersigned became aware that through inadvertence, the
4  Court's July 2, 2008, Order had not been served on Respondents. Thus, Applicant respectfully
5  pleads that the Court issue a revised Order to Show Cause setting forth a new briefing schedule
6  and hearing date so that Applicant can properly serve the revised Order on Respondents with
7  sufficient time for Respondents to file answers to the Board's Application.
8       DATED AT Oakland, California this 21st day of July, 2008.

*[signature]*
Michelle M. Smith
National Labor Relations Board
Region 32

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, VELVET HAZARD, KRISTY SERMERSHEIM, LUISA BLUE, AND ELSA CABALLERO<br><br>Respondents. | Case No.: MISC 08-80119 SBA<br><br>ORDER TO SHOW CAUSE |

The National Labor Relations Board (herein called the Board), by its General Counsel, and by William A. Baudler, Regional Attorney for Region 32, has applied for an order directing Service Employees International Union, Local 521 (herein called Respondent Local 521) to obey a subpoena *duces tecum;* and requiring Velvet Hazard, Kristy Sermersheim, Luisa Blue and Elsa Caballero (herein called Respondents Hazard, Sermersheim, Blue and Caballero), to obey certain subpoenas *ad testificandum*. Having shown good cause,

IT IS ORDERED that Respondent Local 521 appear before this Court at the United States Court House in Oakland, California on the **31st day** of **July, 2008** at **2:00 p.m.**, or as soon thereafter as Counsel can be heard, and then and there show cause why, if any there be, an order should not issue directing Respondent Local 521's custodian of records to appear before a Board agent at such time and place as the Board agent may designate, and there and then to produce the

Exhibit A

1  documents requested in subpoena *duces tecum* No. B-560344, and to answer, through sworn
2  affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any
3  and all questions relevant and material to the subpoenaed documents relating to the proceedings
4  before the Board in Board Case 32-CA-23614 now pending before the Board pursuant to Section
5  10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.]; and

6  IT IS FURTHER ORDERED that Respondents Hazard, Sermersheim, Blue and
7  Caballero appear before this Court at the United States Court House in Oakland, California on
8  the **31st day of July, 2008 at 2:00 p.m.**, or as soon thereafter as Counsel can be heard, and then
9  and there show cause why, if any there be, an order should not issue directing that Respondents
10 Hazard, Sermersheim, Blue and Caballero appear before a Board agent at such time and place as
11 the Board agent may designate, and there testify and answer, through sworn affidavit or
12 deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all
13 questions relevant and material to the matters under investigation and in question in the
14 proceedings before the Board in Board Case 32-CA-23614, now pending before the Board
15 pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et
16 seq.], as required by subpoenas *ad testificandum* Nos. A-802548, A-802549, A-802550 and A-
17 802551, respectively.

18 IT IS FURTHER ORDERED that Respondent Local 521 and Respondents Hazard,
19 Sermersheim, Blue and Caballero file an answer to the Application with the Clerk of this Court
20 and serve copies thereof upon Applicant at its office located at 1301 Clay Street, Oakland,
21 California, 94612 on or before the **18th day of July, 2008**. Applicant's reply, if any, is due on or
22 before the **22nd day of July, 2008**; and

23
24 IT IS FURTHER ORDERED that service of copies of this Order and the Application
25 upon which it is issued be made without delay upon Respondents, in any manner provided in the
   Federal Rules of Civil Procedure by a United States Marshall, by an individual employed by the

Exhibit A

National Labor Relations Board, or an individual designated by the National Labor Relations Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

IT IS FURTHER ORDERED that the Courts order, dated June 10, 2008 referring this matter to a Magistrate Judge for resolution, is hereby VACATED.

DONE AT Oakland, California this 2nd day of July, 2008.

*Sandra B Armstrong*

UNITED STATES DISTRICT JUDGE