THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>       Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, VELVET HAZARD, KRISTY SERMERSHEIM, LUISA BLUE, AND ELSA CABALLERO,<br><br>       Respondents. | Case No. 08-80119 SBA<br><br>**REVISED ORDER TO SHOW CAUSE** |

The National Labor Relations Board (herein called the Board), by its General Counsel, and by William A. Baudler, Regional Attorney for Region 32, has applied for an order directing Service Employees International Union, Local 521 (herein called Respondent Local 521) to obey a subpoena duces tecum; and requiring Velvet Hazard, Kristy Sermersheim, Luisa Blue and Elsa Caballero (herein called Respondents Hazard, Sermersheim, Blue and Caballero), to obey certain subpoenas ad testificandum. Having shown good cause,

IT IS ORDERED that Respondent Local 521 appear before this Court at the United States Court House in Oakland, California on the **23rd day of September, 2008 at 1:00 p.m.**, and then and there show cause why, if any there be, an order should not issue directing Respondent Local 521's custodian of records to appear before a Board agent at such time and place as the Board agent may designate, and there and then to produce the documents requested in subpoena duces tecum No. B-560344, and to answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relevant and material to the subpoenaed documents relating to the proceedings before the Board in Board Case 32-CA-23614 now pending before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.];

IT IS FURTHER ORDERED that Respondents Hazard, Sermersheim, Blue and Caballero appear before this Court at the United States Court House in Oakland, California on the **23rd day of September, 2008 at 1:00 p.m.**, and then and there show cause why, if any there be, an order should not issue directing that Respondents Hazard, Sermersheim, Blue and Caballero appear before a Board agent at such time and place as the Board agent may designate, and there testify and answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relevant and material to the matters under investigation and in question in the proceedings before the Board in Board Case 32-CA-23614, now pending before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.], as required by subpoenas ad testificandum Nos. A-802548, A-802549, A-802550 and A-802551, respectively;

IT IS FURTHER ORDERED that Respondent Local 521 and Respondents Hazard, Sermersheim, Blue and Caballero file an answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 1301 Clay Street, Oakland, California, 94612 on or before the **19th day of August, 2008**. Applicant's reply, if any, is due on or before the 26th day of August, 2008; and

IT IS FURTHER ORDERED that service of copies of this Order and the Application upon which it is issued be made without delay upon Respondents, in any manner provided in the Federal Rules of Civil Procedure by a United States Marshall, by an individual employed by the National Labor Relations Board, or an individual designated by the National Labor Relations Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

IT IS SO ORDERED.

Dated: 7/30/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge