WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
MICHELLE M. SMITH (California Bar No. 191672)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3291
Fax: 510-637-3315
E-mail: Michelle.Smith@nlrb.gov
Attorneys for the Applicant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, VELVET HAZARD, KRISTY SERMERSHEIM, LUISA BLUE, AND ELSA CABALLERO<br><br>Respondents. | Case No.: CV-08-80119-MISC-SBA<br><br>PROOF OF SERVICE |

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and an employee of the National Labor Relations Board at 1301 Clay Street, Suite 300N, Oakland, CA 94612.

On July 30, 2008, I served upon the following parties in this action:

| Custodian of Records<br>SEIU, Local 521<br>2302 Zanker Road<br>San Jose, CA 95131 | Velvet Hazard<br>SEIU, Local 521<br>2302 Zanker Road<br>San Jose, CA 95131 | Kristy Sermersheim<br>SEIU, Local 521<br>2302 Zanker Road<br>San Jose, CA 95131 |

| Luisa Blue | Elsa Caballero | Vincent A. Harrington, Esq. |
|---|---|---|
| SEIU, Local 521 | SEIU, Local 521 | Andrea Laiacona, Esq. |
| 2302 Zanker Road | 2302 Zanker Road | Weinberg, Roger & Rosenfeld |
| San Jose, CA 95131 | San Jose, CA 95131 | 1001 Marina Village Pkwy, Suite 200 |
| | | Alameda, CA 94501-1091 |

Copies of the Revised Order to Show Cause, and Proof of Service thereof by mailing true and correct copies thereof by mail as follows:

I placed a true and correct copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the practice of the National labor Relations Board, Region 32 for collection and processing of correspondence of mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify under penalty of perjury that the above is true and correct.

EXECUTED AT Oakland, California, this 30th day of July, 2008.

Michelle M. Smith
National Labor Relations Board
Region 32