IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL LABOR RELATIONS BOARD,   No. C 08-mc-80119 SBA

    Applicant,   **ORDER**

v.   [Docket No. 13]

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 521, et al.,

    Respondents.
_____/

The above-referenced applicant, National Labor Relations Board ("Board"), has applied for an order directing Service Employees International Union, Local 521 (herein called Respondent Local 521) to obey a subpoena *duces tecum;* and requiring Velvet Hazard, Kristy Sermersheim, Luisa Blue and Elsa Caballero (herein called Respondents Hazard, Sermersheim, Blue and Caballero), to obey certain subpoenas *ad testificandum*. Good cause having been shown,

The Court hereby ORDERS that Respondent Local 521's custodian of records appear before a Board agent at such time and place as the Board agent may designate, and there and then to produce the documents requested in subpoena *duces tecum* No. B-560344, and to answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relevant and material to the subpoenaed documents relating to the proceedings before the Board in Board Case 32-CA-23614 now pending before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.]; and

The Court further ORDERS that Respondents Hazard, Sermersheim, Blue and Caballero appear before a Board agent at such time and place as the Board agent may designate, and there testify and

answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relevant and material to the matters under investigation and in question in the proceedings before the Board in Board Case 32-CA-23614, now pending before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.], as required by subpoenas *ad testificandum* Nos. A-802548, A-802549, A-802550 and A-802551, respectively.

IT IS FURTHER ORDERED that the Hearing on the Order to Show Cause, set for September 23, 2008 at 1:00 p.m., is VACATED.

**IT IS SO ORDERED.**

Dated: 9/17/08

SAUNDRA BROWN ARMSTRONG
United States District Judge